

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00087-CV

IN RE EDWARD CHARLES HOGAN        RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 322-567140-14

------------

## MEMORANDUM OPINION[1]

------------

Relator filed a petition for writ of mandamus on March 18, 2015. On March 20, 2015, Respondent vacated the order upon which relator's petition was based, rendering this original proceeding moot. Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL: SUDDERTH, DAUPHINOT and GABRIEL, JJ.

DELIVERED: March 26, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).